■ In the Matter of JOHN J. SEFFERN, for Reinstatement.— Motion granted and petitioner is reinstated as an attorney and counselor-at-law in the State of New York, effective October 8, 1987. Concur—Sandler, J. P., Sullivan, Carro, Asch and Milonas, JJ.

(October 13, 1987)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DANTZLER, Also Known as ROBERT DANTZER, Appellant.—Judgment, Supreme Court, New York County (Rose Rubin, J.), rendered on February 21, 1986, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Kupferman, Sullivan, Milonas and Smith, JJ.